United States District Court
Southern District of Texas

**ENTERED**

December 23, 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LATONYA T. WRIGHT            §
                            §
        Plaintiff,          §
                            §
v.                          §        Civil Action No.: 4:20-cv-04257
                            §
UNITED STATES POSTAL SERVICE §
                            §
        Defendant.          §

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have announced to the Court that all claims, including third party claims,

counter claims and cross-claims which were asserted or which could have been asserted in this

lawsuit have been compromised and settled.

1. All claims which any Party has asserted or might have asserted are DISMISSED WITH

PREJUDICE.

2. Court costs will be borne by the party incurring same.

3. All parties agree that the settlement as allocated among the parties is necessary,

reasonable, fair, and appropriate.

4. All relief not specifically granted is DENIED.

It is so ORDERED.

DEC 2 3 2022

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge